UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.            Case No. 14-CR-223

STEVEN P. LINK,

    Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

   The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853 have been satisfied,

   IT IS ORDERED, pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853, that the United States of America has clear title to the following property items and may dispose of the property according to law:

   1.   A Western Digital hard drive, model WD2500, serial number WMAEH1040454;

   2.   A Western Digital "My Book" hard drive, serial number WCC4EJNL4KF8; and

3.      An Acer Aspire 7551 laptop, model WD500BEVT, serial number
        WXM1E11NFDX3.

        Dated at Green Bay, Wisconsin, this 25th day of November, 2015.


                                s/ William C. Griesbach
                                WILLIAM C. GRIESBACH, Chief Judge
                                United States District Court - WIED